UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WESTERN BULK CARRIERS AS and
WESTERN BULK CHARTERING AS
Individually and on behalf of
M/V LONG LUCKY (IMO No. 9471654),

                Plaintiffs,

     -against-

O.W. BUNKER & TRADING A/S, O.W.
SUPPLY & TRADING A/S, U.S. OIL
TRADING, LLC and ING BANK BANK N.V.

                Defendants.
------------------------------------------------------------X

15 Civ. 8304 (VEC)

**RULE 7.1 DISCLOSURE**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, U.S. Oil Trading LLC, identifies the following as a parent corporation or a publicly-held corporation owning 10% or more of defendant's stock:

                U.S. OIL & REFINING CO.

Dated: New York, New York
       January 25, 2016

                **CLYDE & CO US LLP**

              By:  <u>John R. Keough, III</u>
                   John R. Keough, III
                   Casey D. Burlage
                   Corey R. Greenwald
                   George G. Cornell
                   405 Lexington Avenue, 16th Floor
                   New York, New York 10174
                   <u>Tel.</u>: (212) 710-3900
                   <u>Fax</u>: (212) 710-3950

                   *Attorneys for Defendant*
                   *U.S. Oil Trading LLC*