USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/2021

UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESTERN BULK CARRIERS AS and
WESTERN BULK CHARTERING AS
individually and on behalf of
M/V LONG LUCKY (IMO No. 9471654)

                              Plaintiffs,

   -against-

O.W. BUNKER & TRADING A/S, O.W. SUPPLY
& TRADING A/S, U.S. OIL TRADING, LLC
AND ING BANK N.V.

                              Defendants.

15-CV-8304 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 21, 2021, the parties reached a settlement in principle in this matter;

       IT IS HEREBY ORDERED that all previously scheduled conferences and other deadlines are cancelled.

       IT IS FURTHER ORDERED that this action will be dismissed with prejudice on **August 23, 2021**, unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and explaining why the action should not be dismissed in light of the parties' settlement. To be clear, any request that the action not be dismissed must be filed before August 23, 2021; any request filed on or after that date may be denied solely on that basis.

       If the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, not later than **August 16, 2021**, they must submit (1) their settlement agreement to the Court in accordance with Rule 7.A of the Court's Individual Practices and (2) a request that

the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

IT IS FURTHER ORDERED that upon dismissal, the Court will order the Clerk of Court to disburse the amount deposited (plus interest). By no later than **Monday, August 23, 2021,** the parties must jointly inform the Court what amount is to be paid. In the same joint letter, the parties must inform the Court to whom the checks should be made payable and to what address they should be sent.

**SO ORDERED.**

Date: June 22, 2021
New York, New York

**VALERIE CAPRONI**
**United States District Judge**